# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STANLEY T. PETERSON,

    Plaintiff,

vs.

J. SOBEL et al.,

    Defendants.

Case No.: 3:13-cv-00550-RCJ-VPC

**ORDER**

Plaintiff has petitioned this Court for a writ of prohibition requiring the Clerk of the Nevada Supreme Court to accept his filings without the required filing fee. The All Writs Act provides that "[t]he Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651. Although the All Writs Act authorizes writs of mandamus, a federal court may not issue writs of mandamus to state officials, and a petition for such a writ is legally frivolous. *See Demos v. U.S. Dist. Court*, 925 F.2d 1160, 1161–62 (9th Cir. 1991). Under the Anti–Injunction Act, "[a] court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C.

1 § 2283. The Court has no jurisdiction to mandate action by the Clerk of the Nevada Supreme Court.

## CONCLUSION

IT IS HEREBY ORDERED that Petition is DISMISSED for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 28th day of May, 2014.

_____
ROBERT C. JONES
United States District Judge