# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY T. PETERSON, <br><br> Plaintiff, <br><br> vs. <br><br> J. SOBEL et al., <br><br> Defendants. | Case No.: 3:13-cv-00550-RCJ-VPC <br><br> **ORDER** |

Petitioner applied for a writ of prohibition requiring the Clerk of the Nevada Supreme Court to accept his filings without paying the filing fee. The Court dismissed for lack of subject matter jurisdiction. Petitioner has asked the Court to reconsider but has identified no intervening authority that would give this Court jurisdiction to provide the relief he seeks.

The Court will address each of Petitioner's arguments. First, a court filing fee has nothing to do with voting and is therefore not an unconstitutional "poll tax." Second, a filing fee does not violate the First Amendment right to petition the government for redress of grievances. *See, e.g.*, *Murray v. Dosal*, 150 F.3d 814, 817 (8th Cir. 1998). Third, Petitioner may not privately enforce the criminal statutes he claims are being violated. Fourth, in the alternative, Petitioner asks for a writ of mandamus as opposed to a writ of prohibition. The title of the writ is

unimportant.  This Court has no jurisdiction to mandate action by the Clerk of the Nevada Supreme Court.

## CONCLUSION

IT IS HEREBY ORDERED that Motion to Reconsider (ECF No. 4) is DENIED.

IT IS SO ORDERED.

Dated this 23rd day of July, 2014.

_____
ROBERT C. JONES
United States District Judge